UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMON WILSON,**<br><br>PLAINTIFF,<br><br>v.<br><br>**TRAVIS FEDERAL CREDIT UNION,**<br><br>DEFENDANT. | CASE NO.: 12-CV-00605-NC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. NATHANAEL M. COUSINS |

Based upon the Joint Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action to be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 31, 2012

_____
Hon. Nathanael M. Cousins
UNITED STATES DISTRICT JUDGE